| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br><br>vs.<br><br>ANTONIO TAMAOB MAMING<br>Defendant. | CRIMINAL CASE NO. 97-00130-001<br><br>**FILED**<br>DISTRICT COURT OF GUAM<br><br>SEP -9 2005<br><br>MARY L.M. MORAN<br>CLERK OF COURT |

Re: Report and Order Terminating Term of Supervised Release

On September 1, 2000, Antonio Tamaob Maming was sentenced in the District Court of Guam to 60 months probation for the offense, Conspiracy to Import Methamphetamine Hydrochloride, in violation of 21 U.S.C. §§ 846 and 952. On that same day, Mr. Maming was released from the custody of the Federal Bureau of Prisons to the custody of the Department of Homeland Security's Bureau of Immigration and Customs Enforcement pursuant to a detainer.

On September 15, 2000, Mr. Maming was deported to the Republic of the Philippines by the Bureau of Immigration and Customs Enforcement, and has remained outside the United States since. Mr. Maming's term of supervised release expired on August 31, 2005. Therefore, it is recommended that he be discharged from supervised release and the proceedings in this case be terminated.

RESPECTFULLY submitted this ___ day of September 2005.

By: _____
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

Reviewed by:

_____
FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

cc: Karon V. Johnson, AUSA
    David J. Lujan, Defense Counsel
    Guam Bureau of Immigration and Customs Enforcement
    File

*********************************************************************

ORDER OF THE COURT

IT IS SO ORDERED this day 9 of September 2005, that Antonio Tamaob Maming be discharged from supervised release and that the proceeding in the case be terminated.



_____
ELIZABETH BARRETT-ANDERSON
DESIGNATED JUDGE